Cardillo & Corbett
Attorneys for Plaintiff
METAL TRANSPORT AND LOGISTICS LTD., BVI
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

08 CV 7361

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
METAL TRANSPORT AND LOGISTICS LTD., BVI,  :

                Plaintiff,  :  **ECF**
                           :  **RULE 7.1 STATEMENT**

    -against-

AGRIKO S.A.S.,

                Defendant.
------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, METAL TRANSPORT AND LOGISTICS LTD., BVI (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
          August 19, 2008

                                  CARDILLO & CORBETT
                                  Attorneys for Plaintiff,
                                  METAL TRANSPORT AND
                                  LOGISTICS LTD., BVI

                      By: _____
                           Tulio R. Prieto (TP 8455)